**PARAVATI, KARL, GREEN & DEBELLA, LLP**
ATTORNEYS AND COUNSELORS AT LAW
LANDMARC BUILDING
520 SENECA STREET, SUITE 105
UTICA, NEW YORK 13502

Ph. (315) 735-6481  
Fax. (315) 735-6406

Vincent M. DeBella, Partner  
vdebella@pkgdlaw.com

July 21, 2022

<u>Via ECF</u>

Hon. Frederick J. Scullin, Jr.
United States District Court
Federal Building and U.S. Courthouse
100 South Clinton Street, P.O. Box 7336
Syracuse, New York 13261-7336

  **Re:** *New York State Teamsters Conference Pension and Retirement Fund v. C&S Wholesale Grocers, Inc.*, Case No. 16-cv-084; *New York State Teamsters Conference Pension and Retirement Fund v. C&S Wholesale Grocers, Inc.*, Case No. 21-cv-0906; *C&S Wholesale Grocers, Inc. v. New York State Teamsters Conference Pension and Retirement Fund*, Case No. 20-cv-1152

Dear Judge Scullin:

  We write on behalf of the New York State Teamsters Conference Pension and Retirement Fund (the "Fund") in response to the Court's July 7 Order directing the Fund to inform the Court once it has determined whether to file a petition for rehearing with the Supreme Court in connection with its appeal of Case No. 16-cv-084. The Fund has determined that it will not file a petition for rehearing.

  Accordingly, the Fund agrees with C&S Wholesale Grocers, Inc. that Cases No. 21-cv-0906 and 20-cv-1152 should now be dismissed as moot.

       Respectfully,

       PARAVATI, KARL, GREEN & DEBELLA, LLP

       */s/ Vincent M. DeBella*
       Vincent M. DeBella, Esq.
       (Bar Roll No. 101465)

       Date: July 28, 2022

CC: All Counsel of Record (via ECF)  IT IS SO ORDERED.

              _____
              Frederick J. Scullin, Jr.
              Senior United States District Judge